IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAVARIOUS JONES
ADC #152664                                                                                            PLAINTIFF

v.                      No. 3:20-cv-73-DPM-JTK

DON CRITTDEN, "Critteden,"
Assistant Admin, Greene County;
WEST, Sergeant, Greene County;
BAILY, Sergeant, Greene County;
and BRENT COX, Jail Admin,
Greene County                                              DEFENDANTS

### ORDER

**1.** Jones says he never received the § 1983 complaint form sent with the Court's 2 April 2020 Order and therefore could not file his amended complaint. *Doc. 13 & Doc. 28 at 2.* The Court therefore directs the Clerk to send Jones another complaint form. Jones must submit his second amended complaint by 22 June 2020. If he doesn't, then the Court will proceed only with the claims against West and Baily in the amended complaint. *Doc. 8.*

**2.** On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, *Doc. 27*, and overrules Jones's objections, *Doc. 28.* FED. R. CIV. P. 72(b)(3). If Jones wants to plead more facts about Crittden and Cox, then he must do so in his second amended complaint, not in his objections. Jones's claims against

Crittden and Cox in the amended complaint, *Doc. 8*, are therefore dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 May 2020