# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LAVARIOUS JONES,                                                           PLAINTIFF

v.                            3:20CV00073-DPM-JTK

DON CRITTDEN, et al.                                         DEFENDANTS

## ORDER

Jones has submitted a second Amended Complaint (Doc. No. 31) pursuant to the Court's May 22, 2020 Order (Doc. No. 30). Having reviewed the second Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's claims against Defendants Cox and Crittden. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Don Crittden and Brent Cox. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the second Amended Complaint (Doc. No. 31) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 9th day of June, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1