**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LAVARIOUS JONES**
**ADC #152664** **PLAINTIFF**

**v.** **No. 3:20-cv-73-DPM-JTK**

**DON CRITTDEN, "Critteden," Assistant Admin, Greene County; WEST, Sergeant, Greene County; BAILY, Sergeant, Greene County; and BRENT COX, Jail Admin, Greene County** **DEFENDANTS**

# ORDER

**1.** The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 40*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jones's supplemented motion for preliminary injunctive relief, *Doc. 36 & 37*, is denied.

**2.** I've consulted with both Magistrate Judges. They agree with me: This case and *Jones v. Cox*, No. 3:20-cv-113-DPM-PSH, should be handled together. FED. R. CIV. P. 42(a)(2). The Court directs the Clerk to file a copy of this Order in *Jones v. Cox*. The referral to Magistrate Judge Harris is withdrawn. *Jones v. Cox* is referred to Magistrate Judge Kearney. The motion to consolidate, *Doc. 41*, is granted. This case will be the lead case.

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 July 2020