# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAVARIOUS JONES**                                                           **PLAINTIFF**

v.          Nos. 3:20-cv-73-DPM-JTK
            3:20-cv-113-DPM-JTK

**DON CRITTENDON, Assistant Admin.,
Greene County; WESS GIBSON, Sergeant,
Greene County; BAILEY HARRIS, Sergeant,
Greene County; BRENT COX, Jail Admin.,
Greene County; STEVE FRANK, Sheriff
Greene County; DOES, Greene County Jail
Staff**                                                                       **DEFENDANTS**

## ORDER

1. The Court withdraws the reference in each of these consolidated cases.

2. Jones hasn't updated his address with the Clerk; his mail is still being returned undelivered. *Doc. 54–56*. His complaint in each case will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The Court will enter separate Judgment in each case. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2020