# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LAVARIOUS JONES                                                                    PLAINTIFF

v.                         No. 3:20-cv-73-DPM

DON CRITTENDON, Assistant Admin.,
Greene County; WESS GIBSON, Sergeant,
Greene County; BAILEY HARRIS, Sergeant,
Greene County; BRENT COX, Jail Admin.,
Greene County; STEVE FRANK, Sheriff
Greene County; DOES, Greene County Jail
Staff                                                                              DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2020